12-15-00090-CV

CAUSE NO. 349-7331

THE COUNTY OF ANDERSON          §     IN THE DISTRICT COURT OF

V.                              §     ANDERSON COUNTY, TEXAS

                                §
DORTHY FAYE CLEWIS ET ALL       §     349th JUDICIAL DISTRICT

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 10 2015

elKm

TYLER TEXAS
CATHY S. LUSK, CLERK

NOTICE OF APPEAL

Notice is hereby given that, George A Hall, TDCJ ID # 01818077,
1098 S Hwy 2037, Ft Stockton, TX 79735, hereby appeals to the
Court of Appeals for the Twelfth Court of Appeals, the decision of
this Court entered in the above captioned proceeding on the _3rd_
day of _February_, 20_15_.
_March  24,  2015_

                         Respectfully submitted,

                         George Hall
                         George A Hall
                         TDCJ ID # 01818077
                         James Lynaugh Unit
                         1098 S Hwy 2037
                         Ft Stockton, TX  79735